**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRADESMITHE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-cv-332 |
| v. | ) | |
| | ) | |
| TRADESMITHE OF COLORADO, LLC, | ) | |
| DANIEL KLEIN, and JESSICA KLEIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S COMPLAINT
FOR BREACH OF CONTRACT AND OTHER CLAIMS**

NOW COMES the Defendant, Plaintiff, Tradesmithe Inc. ("Tradesmithe"), by and through its attorneys, CHUHAK & TECSON, P.C., and for its Complaint for Breach of Contract against Tradesmithe of Colorado, LLC ("TOC"), and individual claims against Daniel Klein ("Daniel"), and Jessica Klein ("Jessica"), states as follows:

**NATURE OF THE COMPLAINT**

1. This is a breach of contract action against TOC for its failure to pay the money it borrowed from Tradesmithe.

2. Tradesmithe also brings this matter against TOC's members Daniel and Jessica individually because on information and belief, they caused TOC to be undercapitalized; they caused TOC to fail to maintain proper records; and they commingle and misuse TOC funds for their own personal use, instead of causing TOC to pay the debt it owes Tradesmithe.

**PARTIES, JURISDICTION AND VENUE**

3. Plaintiff Tradesmithe, is a general contractor that is incorporated and headquartered in Illinois.

1

4. Defendant TOC, is a subcontractor that is incorporated and headquartered in Colorado.

5. Defendant Daniel is an individual who on information and belief resides in Elbert County, Colorado.

6. Defendant Jessica is an individual who on information and belief resides in Elbert County, Colorado.

7. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the plaintiff is a citizen of a different state than the defendants, and the amount at controversy exceeds $75,000.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Tradesmithe resides and conducts business in Dekalb, Kendall, LaSalle, and Cook County, Illinois.

## **FACTUAL BACKGROUND**

9. Tradesmithe provides contracting and construction management services across the country.

10. As part of its business, Tradesmithe routinely hires subcontractors who perform the necessary work for projects it is contracted for and hires subcontractors to perform the work along with Tradesmithe.

11. TOC is a subcontractor that Tradesmithe has hired to perform work on several projects.

12. On December 1, 2024, Tradesmithe and TOC entered into a loan agreement. Under this agreement, TOC would borrow $200,000 from Tradesmithe, which TOC would pay back at 15% interest, compounded annually, in 12 equal installments of $18,051.66, beginning on January 1, 2025, and ending on December 31, 2025. (See Payment Plan Agreement, attached as Exhibit 1.)

4906-0130-9809.5.13558.81516

13.	After executing the agreement, Tradesmithe loaned TOC $200,000.

14.	TOC made two payments of $18,055.66 on January 6, 2025, and February 10, 2025, but has failed to make any other payments on this loan.

15.	Tradesmithe also provided TOC with additional financial support by loaning TOC money, in the form of paying 50% of the upfront material costs for multiple projects TOC was a subcontractor for.

16.	The total amount of money Tradesmithe loaned to TOC for these upfront materials costs is $149,594.00. (See Breakdown of Material Costs Paid by Tradesmithe, attached as Exhibit 2.)

17.	TOC has not paid back Tradesmithe for any of these upfront materials costs.

18.	Tradesmithe also provided TOC financial support by loaning TOC $25,000, in the form of paying invoices made to TOC.

19.	TOC has also failed to repay Tradesmithe for this loan. (See emails between Daniel and Tradesmithe documenting loan, attached as Exhibit 3.)

20.	In and around July 15, 2025, Daniel reached out to Tradesmithe's President, William Stritzel, acknowledging that TOC owes Tradesmithe the money for the three loans and to discuss a renegotiation to the current payment plan.

21.	Daniel offered to amend the loans by having his name listed as the borrower instead of TOC and extend the loan terms for three years.

22.	William declined Daniel's offer.

23.	TOC has not made payment to Tradesmithe since.

24.	For these three loans, TOC owes Tradesmithe $391,213.95, which does not include any additional interest that continues to compound.

3

25. TOC has the ability to pay Tradesmithe the money it owes. However, instead of paying Tradesmithe, TOC's members Daniel and Jessica decided to, and continue to decide to use TOC's money to fund their lavish lifestyle.

26. Since TOC took out the three loans from Tradesmithe, Daniel and Jessica have treated themselves to several national and international vacations, while at the same time, caused TOC to default on its financial obligations to Tradesmithe.

27. On information and belief, Daniel and Jessica are able to fund their lavish lifestyles by diverting money that has been paid to TOC to themselves.

28. As a result, on information and belief, Daniel and Jessica are wrongfully misusing TOC's funds, causing TOC to be undercapitalized.

## COUNT I: BREACH OF CONTRACT
### (against TOC and Daniel Jessica personally)

29. Tradesmithe realleges and incorporates by reference paragraphs 1 through 28 above as though fully set forth herein.

30. According to the December 24, 2024 loan agreement, TOC agreed to pay Tradesmithe $200,000 plus 15% interest, compounded annually, in 12 equal installments of $18,051.66, beginning on January 1, 2025, and ending on December 31, 2025.

31. However, TOC only made two payments on this loan.

32. Accordingly, TOC has defaulted on this loan.

33. TOC has the ability to pay the money it owes Tradesmithe, however, on information and belief, Daniel and Jessica and wrongfully diverting TOC funds to enrich their own lavish lifestyles, instead of causing TOC to fulfill its financial obligations.

WHEREFORE, TRADESMITHE, INC., requests judgment as follows:

4

4906-0130-9809.5.13558.81516

(a)     TOC breached the December 24, 2024 loan agreement by failing to pay back the $200,000 it borrowed from Tradesmithe;

(b)     Daniel and Jessica have wrongfully commingled TOC's assets, treating them as their own and improperly diverted TOC's money to themselves, and thus they are individually liable to Tradesmithe;

(c)     award Tradesmithe 15% interest compounded annually for the entire amount owed to Tradesmithe until final judgment is entered; and

(d)     granting further relief as the Court deems just and proper.

**COUNT II: BREACH OF CONTRACT**
**(against TOC and Daniel Jessica personally)**

34.     Tradesmithe realleges and incorporates by reference paragraphs 1 through 28 above as though fully set forth herein.

35.     Tradesmithe loaned TOC $149,594 so that TOC could acquire materials for several of projects.

36.     TOC agreed to pay back Tradesmithe but has not paid back Tradesmithe any of the $149,594.

37.     TOC has the ability to pay the money it owes Tradesmithe, however, on information and belief, Daniel and Jessica and wrongfully diverting TOC funds to enrich their own lavish lifestyle, instead of causing TOC to fulfill its financial obligations.

WHEREFORE, TRADESMITHE, INC., requests judgment as follows:

(a) TOC defaulted on its loan for upfront material costs paid by Tradesmithe in the amount of $149,594;

(b) Daniel and Jessica have wrongfully commingled TOC's assets, treating them as their own and improperly diverted TOC's money to themselves, and thus they are individually liable to Tradesmithe;

4906-0130-9809.5.13558.81516

(c) award Tradesmithe 15% interest compounded annually for the entire amount owed to Tradesmithe until final judgment is entered; and

(d) granting further relief as the Court deems just and proper.

### COUNT III: BREACH OF CONTRACT
### (against TOC and Daniel Jessica personally)

38. Tradesmithe realleges and incorporates by reference paragraphs 1 through 28 above as though fully set forth herein.

39. Tradesmithe loaned TOC $25,000, when it paid invoices made to TOC.

40. Tradesmithe agreed to pay back this money but failed to do so.

41. TOC has the ability to pay the money it owes Tradesmithe, however, on information and belief, Daniel and Jessica and wrongfully diverting TOC funds to enrich their own lavish lifestyle, instead of causing TOC to fulfill its financial obligations.

WHEREFORE, TRADESMITHE, INC., requests judgment as follows:

(a) TOC defaulted on its loan for upfront material costs paid by Tradesmithe in the amount of $149,594;

(b) (b) Daniel and Jessica have wrongfully commingled TOC's assets, treating them as their own and improperly diverted TOC's money to themselves, and thus they are individually liable to Tradesmithe;

(c) award Tradesmithe 15% interest compounded annually for the entire amount owed to Tradesmithe until final judgment is entered; and

(d) granting further relief as the Court deems just and proper.

4906-0130-9809.5.13558.81516

Dated: January 12, 2026               Respectfully submitted,


*/s/ Tae Y. Kim*
Tae Y. Kim (ARDC # 6318016)
CHUHAK & TECSON, P.C.
120 S. Riverside Plaza, Suite 1700
Chicago, Illinois 60606
Tel.: 312-849-4134
Fax: 312-444-9027
tkim@chuhak.com

***Attorneys for Tradesmithe, Inc.***

7

4906-0130-9809.5.13558.81516

8

## CERTIFICATE OF SERVICE

I, Tae Y. Kim, an attorney, hereby certify that on January 12, 2026, I electronically filed **PLAINTIFF'S COMPLAINT**, with the U.S. District Court for the Northern District of Illinois, Eastern Division's CM/EF system, which will send electronic notification of this filing to the parties as set forth above.

/s/ Tae Y. Kim

4906-0130-9809.5.13558.81516