# EXHIBIT 1

# PAYMENT PLAN AGREEMENT

**I. THE PARTIES**. This Payment Plan Agreement ("Agreement"), dated December 1, 2024, is by and between:

Creditor: Tradesmithe, Inc., with a mailing address of 3951 River Ridge Lane, Sandwich, Illinois, 60548 ("Creditor"), and

Debtor: Tradesmithe of Colorado, LLC, with a mailing address of 39478 Buffalo Run Circle, Kiowa, CO 80117 ("Debtor").

HEREINAFTER, the Debtor and Creditor ("Parties") agree to the following:

**II. BALANCE**. At the time of this Agreement, the Debtor owes the Creditor the amount of $200,000.00 ("Current Balance") for an outstanding balance (debt).

**III.    REPAYMENT PLAN**. To satisfy the Amount Owed, the Debtor agrees to repay the Creditor under the terms below.

**Down Payment**: The Debtor shall not be obligated to pay a down payment as part of this Agreement.

**Interest Rate**: The Amount Owed shall bear interest at a rate of 15% compounded annually.

**Repayment Period**: The Debtor shall re-pay the Creditor on the 1st of each month beginning January 1, 2025 and ending on December 31, 2025.

**Installments**: Each payment due shall be in equal installments.

**Payment Instructions**: The following payment methods shall be accepted: ACH. JP Morgan Chase Bank - Routing # **071000013** Account# **1115001680116**
**IV. LATE PAYMENT**. Any partial or late payment under this Agreement shall not be allowed and the Debtor shall be in default of this Agreement.

**V. PREPAYMENT**. The Debtor may pre-pay the Amount Owed without penalty.

**VI. CO-SIGNER**. This Agreement shall not have a Co-Signer.

**VII. DEFAULT**. If for any reason the Debtor should not oblige to any section or portion of this Agreement, the Debtor shall be considered in default. Under such an event, the remaining balance of the Amount Owed shall be due within five (5) business days with the Debtor liable to pay all reasonable attorney's fees and costs of collection of the Creditor. In addition, the Creditor may reclaim any property or goods in connection with the Amount Owed, hold and dispose of the same, and collect expenses, together with any deficiency due from the Debtor, subject to the Debtor's right to redeem said items pursuant to law.

**VIII. GOVERNING LAW**. This Agreement shall be governed by, and construed in accordance with, the laws of the State of Illinois ("Governing Law").

**IX. SEVERABILITY**. The unenforceability or invalidity of any clause in this Agreement shall not have an impact on the enforceability or validity of any other clause. Any unenforceable or invalid clause shall be regarded as removed from this Agreement to the extent of its unenforceability and invalidity. Therefore, this Agreement shall be interpreted and enforced as if it did not contain the said clause to the extent of its unenforceability and invalidity.

**X. ENTIRE AGREEMENT**. This Agreement contains all the terms agreed to by the Debtor and Creditor relating to its subject matter, including any attachments or addendums. This Agreement replaces all previous discussions, understandings, and oral agreements.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the undersigned dates written below.

**Debtor's Signature**: _____ Date: _11/25/24_____

Print: Tradesmithe of Colorado, LLC

**Creditor's Signature**: _____ Date: _____

Print: Tradesmithe, Inc.

## Payment Schedule

|  | Beginning Balance | Monthy Payment | Interest | Principal | Ending Balance |
|---|---|---|---|---|---|
| 1 | $200,000.00 | 18,051.66 | $2,500.00 | $15,551.66 | $184,448.34 |
| 2 | $184,448.34 | 18,051.66 | $2,305.60 | $15,746.06 | $168,702.28 |
| 3 | $168,702.28 | 18,051.66 | $2,108.78 | $15,942.88 | $152,759.40 |
| 4 | $152,759.40 | 18,051.66 | $1,909.49 | $16,142.17 | $136,617.23 |
| 5 | $136,617.23 | 18,051.66 | $1,707.72 | $16,343.95 | $120,273.28 |
| 6 | $120,273.28 | 18,051.66 | $1,503.42 | $16,548.25 | $103,725.03 |
| 7 | $103,725.03 | 18,051.66 | $1,296.56 | $16,755.10 | $86,969.93 |
| 8 | $86,969.93 | 18,051.66 | $1,087.12 | $16,964.54 | $70,005.39 |
| 9 | $70,005.39 | 18,051.66 | $875.07 | $17,176.60 | $52,828.80 |
| 10 | $52,828.80 | 18,051.66 | $660.36 | $17,391.30 | $35,437.50 |
| 11 | $35,437.50 | 18,051.66 | $442.97 | $17,608.69 | $17,828.80 |
| 12 | $17,828.80 | 18,051.66 | $222.86 | $17,828.80 | $0.00 |
|  |  | Year #1 End |  |  |  |

| Payment Every Month | $18,051.66 |
|---|---|
| Total of 12 Payments | $216,619.95 |
| Total Interest | $16,619.95 |