# EXHIBIT 2

**TOC/Colorado Service Partners**          **Cancelled POs w/ Materials Paid**

| PO | City/State | Contractor | | Store Number | Date PO Issued | Bollards | PO Status | Advance to Contractor | Date Advance was Paid | Contracor Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 3034629 | Fort Collins, CO | Colorado Service | | 26927-092 APEX | 4/27/2023 9:27 | 14 | CLOSED LL | $5,594.00 | Paid 5.2.23 | 1539 |
| 3134794 | Pagosa Springs, CO | TOC | | 43297-002 APEX | 10/10/2023 22:45 | 12 | Cancelled | $9,000.00 | Paid 4.29.24 | 259 |
| 3264222 | Denver, CO | TOC | | 25550-111 APEX | 5/9/2024 15:49 | 14 | Cancelled | $10,500.00 | Paid 5.20.24 | 288 |
| 3264224 | Denver, CO | TOC | | 23603-126 APEX | 5/9/2024 15:49 | 14 | Cancelled | $10,500.00 | Paid 5.20.24 | 286 |
| 3264817 | Denver, CO | TOC | | 22537-111 APEX | 5/10/2024 22:56 | 14 | Cancelled | $10,500.00 | Paid 5.20.24 | 284 |
| 3264830 | Denver, CO | TOC | | 23899-094 APEX | 5/10/2024 22:59 | 14 | Cancelled | $10,500.00 | Paid 5.30.24 | 309 |
| 3267659 | Denver, CO | TOC | | 23664-090 APEX | 5/15/2024 9:43 | 26 | Cancelled | $19,500.00 | Paid 5.28.24 | 295 |
| 3267701 | Denver, CO | TOC | | 32810-081 APEX | 5/15/2024 9:45 | 38 | Cancelled | $28,500.00 | Paid 5.28.24 | 297 |
| 3267704 | Denver, CO | TOC | | 33052-095 APEX | 5/15/2024 9:47 | 26 | Cancelled | $19,500.00 | Paid 5.28.24 | 298 |
| 3279567 | Aurora, CO | TOC | | 18409-096 APEX | 6/2/2024 20:39 | 34 | Cancelled | $25,500.00 | Paid 6.10.24 | 320 |
| | | | | | | **206** | | **$149,594** | | |