# EXHIBIT 3

| | |
|---|---|
| **From:** | Dan klein <danklein@tsofco.com> |
| **Sent:** | Wednesday, January 29, 2025 1:59 PM |
| **To:** | William Stritzel |
| **Cc:** | Scott Fitzgerald |
| **Subject:** | Re: Dan Klein - Call Notes - 1.29.25 |

Thank you Bill
Dan Klein
720-882-7730
Tradesmithe Of Colorado
39478 Buffalo Run Circle
Kiowa, CO 80117

On Jan 29, 2025, at 12:41 PM, William Stritzel wrote:

Hi, Dan!
Thanks for reaching out to me. Just wanted to provide a written account of our conversation:
1. 25k loan can be repaid after other financial obligations to Tradesmithe have been closed out.
2. Learn from our mistakes. As owners, we are responsible for the continued success of our companies.
3. Tradesmithe is here to help. Please reach out to me if you have a need for any of our staff or resources.
4. Dan committed to having invoices processed within 48 hours of completion.
5. Both looking forward to a continued partnership.

Thank you,
Bill Stritzel
William K Stritzel
**President**
Office 815.786.1952 **|** Mobile 630.918.9592 **|** Fax 815.786.7179
3951 River Ridge Lane, Sandwich, IL 60548
bill@tradesmithe.com www.tradesmithe.com